DOW AND COMPANY, INC., Respondent, v. LENSTYLE CONSTRUCTION CORPORATION, Appellant.—

682

Present —
Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.
COUNTY OF ONONDAGA, Acting for and on Behalf of Onondaga County Water District, Appellant, v. GREGORY BANOS, Respondent. (Appeal No. 2.) —

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.
JOYCE E. MOORHEAD, Respondent, v. L. EDGAR HUMMEL, as Superintendent of Meyer Memorial Hospital, et al., Appellants.—